IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNKNOWN,<br><br>　　　　Defendants. | No. C 11-4266 LHK (PR)<br><br>ORDER OF DISMISSAL |

On August 30, 2011, Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983.  That same day, the Court sent a notification to Plaintiff, informing him that he did not pay the filing fee, nor did he file a completed *in forma pauperis* ("IFP") application.  The Court provided a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee, or file a completed application with supporting documentation within thirty days.  To date, Plaintiff has not communicated with the Court.  As more than thirty days have passed, and Plaintiff has not completed an IFP application, or paid the filing fee, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED:  10/14/11

　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
N:\10.10 work\Kurbegovich266disifp.wpd