IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MUHAREM KURBEGOVICH, | ) | No. C 11-4266 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| UNKNOWN, | ) ) | |
| Defendants. | ) ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/14/11

LUCY H. KOH
United States District Judge

Judgment
N:\10.10 work\Kurbegovich266jud.wpd